ACCEPTED
04-14-00609-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/13/2015 4:36:38 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00609-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/13/2015 4:36:38 PM
KEITH E. HOTTLE
Clerk

In the Texas Court of Appeals – Fourth Judicial District

**IRMA LEMUS AND MANUEL LEMUS, JR.,**
*Appellants*

**V.**

**JOHNNY MONTOYA GARZA, JOHN RENE AGUILAR,
LAURA ASHLEY WELLS AND JOHNNY B. WELLS,**
*Appellees*

Appeal from the 73rd Judicial District Court
Honorable Judge Antonia Arteaga, Judge Presiding
Cause No. 2012-CI-00251
Bexar County, Texas

**APPELLANTS' MOTION TO EXTEND DEADLINES**

**TO THE HONORABLE COURT OF APPEALS:**

Now comes, IRMA LEMUS AND MANUEL LEMUS, JR., APPELLANTS, and files this Motion to Extend Deadlines and would show the Court the following:

1. On October 29, 2014, the Court issued an *"Order"* (Exhibit "A"), wherein the Court ordered that this case was appropriate for Alternative Dispute Resolution (ADR) Procedure. The parties were then ordered to provide a written response as to the mediator of their choice and/or any objection to the mediation.

2. On November 24, 2014, the Court issued an *"Order of Referral"* (Exhibit "B"), wherein the Court ordered that the parties submit this case to mediation with either Justice Phylis Speedlin or Joseph Casseb. Further, the Court ordered that the mediation be completed no later than forty-five (45) days from the date of the Order and that the appellate deadlines be suspended until January 8, 2015.

3. The parties had agreed to set the case for mediation with Justice Phylis Speedlin on January 13, 2015, and on January 5, 2014, Appellants' counsel received correspondence (Exhibit "C") from Appellees' counsel, Anita J. Anderson, indicating that she was cancelling the mediation set for January 13, 2015 due to the unavailability of her clients. Based upon the representations made by Appellees' counsel, the parties agreed to reschedule the mediation for February 3, 2015 (see Exhibit "D"). Appellees' Counsel filed her *"Notice of Rescheduled Mediation"* on January 9, 2015 (see Exhibit "E").

4. Since the parties were ordered to mediate and Appellees' counsel postponed the mediation that was originally set for January 13, 2014 and this case is now set for mediation on February 3, 2015, Appellants' counsel request that the Court provide an order extending the appellate deadlines from January 8, 2015 until after the parties have attended and concluded the mediation with Justice Phylis Speedlin.

Respectfully Submitted,

LAW OFFICE OF ANA LAURA HESSBROOK
4100 NW Loop 410, Ste. 105
San Antonio, Texas 78229
Tel: (210) 706-9466
Fax: (210) 706-9467

By:_____
ANA LAURA HESSBROOK
State Bar No. 00791481
hessbrook@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned attorney certified pursuant to Rule 4(g) of the Texas Rules of Appellate Procedure, that a true and correct copy of the above and foregoing "*Appellants' Motion to Extend Deadlines*" has been served upon the following parties in the following matter as prescribed by Rule 4(f) of the Texas Rules of Appellate Procedure on this the 13th day of January 2015.

_____
ANA LAURA HESSBROOK

*Via Facsimile (210) 633-0989*
*Law Office of Anita J. Anderson*
Ms. Anita J. Johnson
303 West Sunset, Suite 103
P.O. Box 830722
San Antonio, Texas 78283